NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERSONAL BEASTIES GROUP LLC,**
*Plaintiff-Appellant*

**v.**

**NIKE, INC.,**
*Defendant-Appellee*

---

2019-1235

---

Appeal from the United States District Court for the Southern District of New York in No. 1:18-cv-00516-JGK, Judge John G. Koeltl.

---

## JUDGMENT

---

CRAIG UHRICH, Uhrich Law Firm, P.A., Oakley, KS, argued for plaintiff-appellant. Also argued by ERIK JAMES DYKEMA, Upshaw PLLC, Essex Fells, NJ.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper LLP (US), San Diego, CA, argued for defendant-appellee. Also represented by RICHARD T. MULLOY, EDWARD SIKORSKI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2020                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court